IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAN R. DOHNER,

        Plaintiff,                    No. CIV S-08-1992 GGH P

vs.

CALIPATRIA STATE PRISON,

        Defendants.                ORDER

_____/

        This letter, mis-directed to Judge Karlton by an inmate, was improvidently opened as a civil rights action. The substance of this matter appears to relate to the <u>Plata v. Schwarzenegger</u>, N.D. Cal, No. CO1-1351, class action. Therefore, the Clerk of the Court is directed to send the letter and attachments filed in this matter to Judge Thelton Henderson in the Northern District. The Clerk is further directed to close this erroneously opened case.

        IT IS SO ORDERED.

DATED: 09/05/08                              /s/ Gregory G. Hollows

                                                   UNITED STATES MAGISTRATE JUDGE

GGH:009

1  dohn1992.ord
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26